263 So.2d 47

STATE of Louisiana ex rel. TIME SAVER STORES, INC.

v.

The BOARD OF ZONING ADJUSTMENTS OF the CITY OF NEW ORLEANS et al.

STATE of Louisiana ex rel. STATE STREET PROPERTY OWNERS ASSOCIATION OF UPPER STATE STREET, INC.

v.

The BOARD OF ZONING ADJUSTMENTS OF the CITY OF NEW ORLEANS et al.

No. 52563.

June 22, 1972.

SUMMERS, J., dissents from the refusal to grant this writ.